# Exhibit 2

| US8065191B2 | Glint ("The accused instrumentality") |
|---|---|
| 10. A method of maintaining an account for purchase of at least one tangible commodity at a posted and locked-in price current at time of purchase and for delivery on-demand of the at least one tangible commodity regardless of a price current at time of delivery, the method including the steps of: | The accused instrumentality practices a method of maintaining an account (e.g., a user account) for purchase of at least one tangible commodity (e.g., a physical gold bar) at a posted and locked-in price current at time of purchase (e.g., a current market price of the gold during purchase) and for delivery on-demand (e.g., delivery of physical gold bar) of the at least one tangible commodity (e.g., a physical gold bar) regardless of a price current at time of delivery (e.g., a current market price of gold during redemption).<br><br>As shown below, the accused instrumentality allows users to buy, sell and exchange gold in digital form. When a user buys gold on the platform, each digital unit represents real physical metal stored in secure vaults in different locations. During the transaction, the price is fixed (locked-in) at the market rate at the exact time of purchase. When the user chooses to redeem the digital gold for physical metal, they receive that same quantity of gold, regardless of whether the market price has gone up or down since the time of purchase. |



https://glintpay.com/us

## What is Glint?

9 months ago · Updated

Follow

With Glint you are able to buy & sell allocated gold and silver at your convenience with our app. You can then order a Glint Card for a small delivery fee of $10.00 to spend directly from your Gold and USD Wallets.

When you buy gold or silver on the Glint platform, you are buying physical gold and silver that is stored on your behalf in the Brinks vault in Switzerland. The app will provide you with the spot price for both when you buy or sell, with the addition of our platform fee.

The value of your gold and silver will fluctuate according to its live market price. You will be able to see the fiat value of your precious metals holdings in your app in the Balances section.

https://help.glintpay.com/hc/en-us/articles/13392284184081-What-is-Glint



https://www.youtube.com/watch?v=I21_p8BBHqs

# The 21st Century way to own and use gold as money

Glint has developed unique, proprietary payment system technology to allow gold to be acquired, shared, sold and spent as easily as any currency.

 **Buying and saving gold**

- Buy, sell and spend gold at the wholesale market rate.
- Buy Gold in any amount.
- Gold is stored in a Brinks vault in Zurich, insured by Lloyds of London.
- Direct legal ownership of the gold.
- Monthly gold buy.
- Charts, prices and news.

 **Regulated**

Operates to rules in each region.

- Regulated by UK's FCA.
- Regulatory framework in the US.[1]
- Europe license pending.

Registration through the Glint App. Approval after KYC & AML checks.

 **Multiple Currencies**

- Multi-currency wallets: USD, GBP and EUR.
- Foreign Exchange rates 5-6x cheaper than banks.[2]



https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

# What accounts do I get when I register?

9 months ago · Updated

Our US clients will have one account with access to a USD, Gold, and Silver Wallet.

Our clients can currently spend from their Gold and USD Wallets anywhere Mastercard is accepted globally.

https://help.glintpay.com/hc/en-us/articles/13389952992913-What-accounts-do-I-get-when-I-register



**Vaulted with Electronic Access**

- Gold as Money: Manage and spend your gold anytime, anywhere in any amount using an App and debit card.
- Allocated (physical ownership),
- Secure Storage,
- Low transaction fees/no premium,
- Instant Liquidity: Easily convert gold to fiat currency
- High privacy and anonymity,
- Physical delivery /redemption.
- Minimal counterparty risk (free from creditors).

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US



https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US



https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US



Buy and save gold and silver at the great prices. Spend USD or gold instantly, with the Glint Card!

https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US

Buy Gold and Silver
The Glint app is a simple way to buy physical, allocated gold and silver bullion. You can purchase any amount, any time, at wholesale market prices.

https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US

As shown below, the accused instrumentality allows a customer to purchase a tangible commodity (e.g., a physical gold) at the current market price i.e., $86.3828 (e.g., a posted and locked-in price).



https://www.youtube.com/watch?v=I21_p8BBHqs

As shown below, the accused instrumentality allows users to redeem the physical gold regardless of the current market price.

# Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated

Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem.

https://help.glintpay.com/hc/en-us/articles/13392536146065-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold



https://www.instagram.com/reel/DUtKnaADIkg

<table>
<tr><td></td><td>
An exchange-traded fund (ETF) – a type of investment fund – doesn't allow you to own the gold directly either.

At Glint, we're different.

Your gold is physical gold bullion, that is legally allocated to you and stored in a Brinks vault in Switzerland. You have constructive possession of your Gold under law.

For every ounce of gold held in your account there is an ounce of physical gold owned by you in the vault. There is no token, fund or bank that sits between you and the ownership of your gold.

https://glintpay.com/us/gold
</td></tr>
<tr><td>establishing, using a computer-based system, a bulk refillable account for an individual user;</td><td>
The accused instrumentality practices establishing, using a computer-based system (e.g., a server of the accused instrumentality), a bulk refillable account (e.g., an account of a user) for an individual user (e.g., a user of the accused instrumentality).

As shown below, the accused instrumentality allows a user to create an account for storing digital gold. Also, the user account is refilled by making additional purchases, transfers, etc.
</td></tr>
</table>

## How it Works

  

**1. Registration**
Prospective client downloads the Glint App and registers. This only takes a few minutes.

**2. KYC**
The Glint platform verifies client details with 3rd party KYC and sanctions databases.

**3. Buy gold**
Once approved, client initiates a gold buy on the Glint app in any amount from $0.01 to $millions.

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

**8. Your Glint Account**
8.1 Your Glint Account is an electronic money account which enables you to send, receive and share electronic payments.

https://glintpay.com/us/terms



https://glintpay.com/us/terms

https://glintpay.com/us

## How to fund your USD wallet via Wire transfer

3 months ago · Updated

Follow

Please note that the following instructions are on where to find the necessary account details in the Glint app to use when setting up a Wire transfer on your bank's end.

1. Log in to the app and tap the USD wallet from your Balances section.
2. At the bottom left of the screen, tap 'Fund'.
3. Select the Wire Transfer tab.
4. Enter the wire details shown in your Glint app into your online banking wire form. If your bank doesn't allow online wire setup, you may need to visit a branch.
5. Please note that purchasing gold and/or silver with the funds from your ACH bank transfer or wire transfer is a two-step process. For further instructions, please see our How to buy gold and How to buy silver videos.

https://help.glintpay.com/hc/en-us/articles/41126632385041-How-to-fund-your-USD-wallet-via-Wire-transfer



https://www.youtube.com/watch?v=NDokT3mzLK4



https://www.youtube.com/watch?v=NDokT3mzLK4

| establishing, by the computer-based system, a current account balance for each commodity in quantity units; | The accused instrumentality practices establishing, by the computer-based system (e.g., a server of the accused instrumentality), a current account balance (e.g., total quantity) for each commodity (e.g., gold) in quantity units (e.g., grams, ounce, etc.). As shown below, the accused instrumentality displays existing balance for each commodity such as gold in specific quantity units. **8. Your Glint Account** 8.1 Your Glint Account is an electronic money account which enables you to send, receive and share electronic payments. |
|---|---|

https://glintpay.com/us/terms



https://glintpay.com/us

The value of your gold and silver will fluctuate according to its live market price. You will be able to see the fiat value of your precious metals holdings in your app in the Balances section.

https://help.glintpay.com/hc/en-us/articles/13392284184081-What-is-Glint



https://www.youtube.com/watch?v=NDokT3mzLK4

As shown below, the accused instrumentality displays existing balance for commodity such as gold in specific quantity units.



a current account balance for each commodity in quantity units

https://www.youtube.com/watch?v=I21_p8BBHqs

| accessing, by the computer-based system, the account by the user; | The accused instrumentality practices accessing, by the computer-based system (e.g., a server of the accused instrumentality), the account (e.g., a user's account) by the user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows the user to view their account. |
| --- | --- |

**8. Your Glint Account**

8.1 Your Glint Account is an electronic money account which enables you to send, receive and share electronic payments.

https://glintpay.com/us/terms

## What accounts do I get when I register?

9 months ago · Updated

Our US clients will have one account with access to a USD, Gold, and Silver Wallet.

Our clients can currently spend from their Gold and USD Wallets anywhere Mastercard is accepted globally.

https://help.glintpay.com/hc/en-us/articles/13389952992913-What-accounts-do-I-get-when-I-register



https://glintpay.com/us

The value of your gold and silver will fluctuate according to its live market price. You will be able to see the fiat value of your precious metals holdings in your app in the Balances section.

https://help.glintpay.com/hc/en-us/articles/13392284184081-What-is-Glint



https://www.youtube.com/watch?v=NDokT3mzLK4

| transacting, by the computer-based system, for delivery of a selected tangible commodity, delivery being available on-demand at a plurality of specific locations; | The accused instrumentality practices transacting (e.g., an online transaction), by the computer-based system (e.g., a server of the accused instrumentality), for delivery (e.g., delivery at a user's selected location) of a selected tangible commodity (e.g., a physical gold bar, etc.), delivery being available on-demand at a plurality of specific locations (e.g., multiple US locations, etc.).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold based on meeting withdrawal requirements. The user can request redeeming the physical gold to their specified location. |

# The 21st Century way to own and use gold as money

Glint has developed unique, proprietary payment system technology to allow gold to be acquired, shared, sold and spent as easily as any currency.

 **Buying and saving gold**

- Buy, sell and spend gold at the wholesale market rate.
- Buy Gold in any amount.
- Gold is stored in a Brinks vault in Zurich, insured by Lloyds of London.
- Direct legal ownership of the gold.
- Monthly gold buy.
- Charts, prices and news.

 **Regulated**

Operates to rules in each region.

- Regulated by UK's FCA.
- Regulatory framework in the US.[1]
- Europe license pending.

Registration through the Glint App. Approval after KYC & AML checks.

 **Multiple Currencies**

- Multi-currency wallets: USD, GBP and EUR.
- Foreign Exchange rates 5-6x cheaper than banks.[2]



https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



## Vaulted with Electronic Access

- Gold as Money: Manage and spend your gold anytime, anywhere in any amount using an App and debit card.
- Allocated (physical ownership),
- Secure Storage,
- Low transaction fees/no premium,
- Instant Liquidity: Easily convert gold to fiat currency
- High privacy and anonymity,
- Physical delivery /redemption.
- Minimal counterparty risk (free from creditors).

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-

Metals-Workgroup.pdf

## How to buy gold

1 year ago · Updated

Follow

1. Log in to the app and tap the gold 'Buy Gold' button in the top right-hand corner of your Balances section.
2. At the top of the screen, tap 'Express'
3. Underneath Express you should see 'Payment Method' or 'Source, tap this and select where you would like the funds to be pulled from (one of your saved bank cards or your USD wallet).
   1. To add a new bank card, tap on the "Mange cards" link toward the bottom and then on the next screen tap on Add Card
   2. Please note all funds from ACH bank transfers and wire transfers are deposited into your USD wallet, so to use those funds you must select your USD wallet after confirmation that funds have been applied.
4. Enter the amount you would like to use to purchase Gold in the Amount section.
5. Tap the Review button.
6. If you are happy, tap confirm before the countdown line on the Confirm button reaches the left side of the button.
7. If the countdown line on the Confirm button reaches the left side of the button, then you'll be reverted back to the previous screen to Review again.
8. Once the Confirm button has been pressed, your gold purchase will be completed and you'll receive a confirmation message.

https://help.glintpay.com/hc/en-us/articles/30877907120913-How-to-buy-gold



https://www.youtube.com/watch?v=I21_p8BBHqs



https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

# Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated

Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem.

https://help.glintpay.com/hc/en-us/articles/1339253614606 5-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold

# Save

Holding gold is a great hedge against inflation and offers stability during stock market volatility and global conflicts. Your gold balance is secured by physical gold held in Brink's Vault in Switzerland, insured by Lloyds of London.

https://glintpay.com/us



https://glintpay.com/us







**Local gold**
Wherever possible
use locally sourced
gold.

**Vault**
Secure vault situated and
operated in Utah.
e.g. Brinks SLC

**Local Bank**
Card issuer and FDIC
insured bank accounts at
local bank.

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



https://www.instagram.com/reel/DUtKnaADIkg

An exchange-traded fund (ETF) – a type of investment fund – doesn't allow you to own the gold directly either.

At Glint, we're different.

Your gold is physical gold bullion, that is legally allocated to you and stored in a Brinks vault in Switzerland. You have constructive possession of your Gold under law.

For every ounce of gold held in your account there is an ounce of physical gold owned by you in the vault. There is no token, fund or bank that sits between you and the ownership of your gold.

https://glintpay.com/us/gold



https://www.youtube.com/watch?v=npoL-U2rdgg



GLINT EXPLAINED: Your 10 Biggest Questions on Gold as Money in 2025 |
https://www.youtube.com/watch?v=npoL-U2rdgg

https://www.youtube.com/watch?v=npoL-U2rdgg

| adjusting, by the computer-based system, the current | The accused instrumentality practices adjusting, by the computer-based system (e.g., a server of the accused instrumentality), the current balance (e.g., a total quantity) for the selected commodity (e.g., gold, etc.) in response to the transacting (e.g., an online |

| | |
|---|---|
| balance for the selected commodity in response to the transacting, wherein the step of transacting includes the steps of: | transaction).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold based on meeting withdrawal requirements. The user can request redeeming the physical gold to their specified location. It automatically updates the user's current commodity balance to reflect the change in quantity resulting from that transaction.<br><br><br><br>https://www.instagram.com/reel/DUtKnaADIkg |



## Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated

Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem

https://help.glintpay.com/hc/en-us/articles/13392536146065-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold



https://www.youtube.com/watch?v=npoL-U2rdgg



GLINT EXPLAINED: Your 10 Biggest Questions on Gold as Money in 2025 |
https://www.youtube.com/watch?v=npoL-U2rdgg



https://www.youtube.com/watch?v=npoL-U2rdgg

As shown below, the accused instrumentality updates the current amount balance for an exemplary transaction.

the current balance



https://www.youtube.com/watch?v=I21_p8BBHqs



https://www.youtube.com/watch?v=I21_p8BBHqs



https://www.youtube.com/watch?v=I21_p8BBHqs

| | |
|---|---|
| purchasing, by the computer-based system, a purchase quantity of the selected commodity at the price at time of purchase to lock-in said price at time of purchase for | The accused instrumentality practices purchasing, by the computer-based system (e.g., a server of the accused instrumentality), a purchase quantity (e.g., grams, ounces, etc.) of the selected commodity (e.g., gold) at the price at time of purchase to lock-in said price (e.g., a current market price at time of purchase) at time of purchase for subsequent delivery (e.g., delivery at a specific location) and redemption (e.g., redeeming physical gold).<br><br>As shown below, the accused instrumentality allows a user to purchase a specific amount |

| | |
|---|---|
| subsequent delivery and redemption, | of gold at the current market price, and that price is fixed at the time of purchase. The quantity bought is recorded in the user's account and the user can redeem that same amount of physical metal, based on the quantity originally purchased. |

The value of your gold and silver will fluctuate according to its live market price. You will be able to see the fiat value of your precious metals holdings in your app in the Balances section.

https://help.glintpay.com/hc/en-us/articles/13392284184081-What-is-Glint

 Buy Gold and Silver
The Glint app is a simple way to buy physical, allocated gold and silver bullion. You can purchase any amount, any time, at wholesale market prices.

https://play.google.com/store/apps/details?id=com.glintpay.glintpay&hl=en_US

# The 21st Century way to own and use gold as money

Glint has developed unique, proprietary payment system technology to allow gold to be acquired, shared, sold and spent as easily as any currency.



**Buying and saving gold**
- Buy, sell and spend gold at the wholesale market rate.
- Buy Gold in any amount.
- Gold is stored in a Brinks vault in Zurich, insured by Lloyds of London.
- Direct legal ownership of the gold.
- Monthly gold buy.
- Charts, prices and news.

**Regulated**
Operates to rules in each region.
- Regulated by UK's FCA.
- Regulatory framework in the US.[1]
- Europe license pending.

Registration through the Glint App. Approval after KYC & AML checks.

**Multiple Currencies**
- Multi-currency wallets: USD, GBP and EUR.
- Foreign Exchange rates 5-6x cheaper than banks.[2]

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

As shown below, the accused instrumentality allows the user to purchase certain grams of gold at a current market price (e.g., a locked-in price).



https://www.youtube.com/watch?v=I21_p8BBHqs



https://www.youtube.com/watch?v=I21_p8BBHqs



https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

| | |
|---|---|
| redeeming, by the computer-based system, subsequently a redeemed quantity of the selected commodity at a subsequent date, the redeemed quantity being at least a portion of the current balance; | The accused instrumentality practices redeeming (e.g., redemption of physical gold bar), by the computer-based system (e.g., a server of the accused instrumentality), subsequently a redeemed quantity (e.g., amount of gold to be redeemed, etc.) of the selected commodity (e.g., gold) at a subsequent date (e.g., a transaction date), the redeemed quantity (e.g., amount of gold to be redeemed, etc.) being at least a portion of the current balance (e.g., available amount balance). |
| | As shown below, the accused instrumentality allows users to redeem physical gold to a user's desired location. The quantity redeemed must be at least a portion of the balance |

currently held in the account and must also satisfy the applicable minimum withdrawal requirements. Upon completion of the redemption, the corresponding quantity is deducted from the account, and delivery of the physical metal is arranged in accordance with the platform's procedures.



# The 21st Century way to own and use gold as money

Glint has developed unique, proprietary payment system technology to allow gold to be acquired, shared, sold and spent as easily as any currency.

 **Buying and saving gold**

- Buy, sell and spend gold at the wholesale market rate.
- Buy Gold in any amount.
- Gold is stored in a Brinks vault in Zurich, insured by Lloyds of London.
- Direct legal ownership of the gold.
- Monthly gold buy.
- Charts, prices and news.

 **Regulated**

Operates to rules in each region.

- Regulated by UK's FCA.
- Regulatory framework in the US.[1]
- Europe license pending.

Registration through the Glint App.
Approval after KYC & AML checks.

 **Multiple Currencies**

- Multi-currency wallets: USD, GBP and EUR.
- Foreign Exchange rates 5-6x cheaper than banks.[2]

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



**Vaulted with Electronic Access**

- <u>Gold as Money: Manage and spend your gold anytime, anywhere in any amount using an App</u> and debit card.
- Allocated (physical ownership),
- Secure Storage,
- Low transaction fees/no premium,
- Instant Liquidity: Easily convert gold to fiat currency
- High privacy and anonymity,
- <u>Physical delivery /redemption.</u>
- Minimal counterparty risk (free from creditors).

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

# Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated

Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem.

https://help.glintpay.com/hc/en-us/articles/13392536146065-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold

# Save

Holding gold is a great hedge against inflation and offers stability during stock market volatility and global conflicts. Your gold balance is secured by physical gold held in Brink's Vault in Switzerland, insured by Lloyds of London.

https://glintpay.com/us



https://glintpay.com/us

  

**Local gold**
Wherever possible
use locally sourced
gold.

**Vault**
Secure vault situated and
operated in Utah.
e.g. Brinks SLC

**Local Bank**
Card issuer and FDIC
insured bank accounts at
local bank.

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



https://www.instagram.com/reel/DUtKnaADIkg



An exchange-traded fund (ETF) – a type of investment fund – doesn't allow you to own the gold directly either.

At Glint, we're different.

Your gold is physical gold bullion, that is legally allocated to you and stored in a Brinks vault in Switzerland. You have constructive possession of your Gold under law.

For every ounce of gold held in your account there is an ounce of physical gold owned by you in the vault. There is no token, fund or bank that sits between you and the ownership of your gold.

https://glintpay.com/us/gold



https://www.youtube.com/watch?v=npoL-U2rdgg



**GLINT EXPLAINED: Your 10 Biggest Questions on Gold as Money in 2025 |**
https://www.youtube.com/watch?v=npoL-U2rdgg



https://www.youtube.com/watch?v=npoL-U2rdgg

| | |
|---|---|
| identifying a zone for redemption for the account balance of each commodity, identifying at least another zone of redemption, and converting at least a portion of the account balance of at least one commodity to an account balance for the another zone of redemption; and | The accused instrumentality practices identifying a zone (e.g., a first delivery location) for redemption (e.g., redeeming physical gold bar) for the account balance (e.g., a current amount balance) of each commodity (e.g., gold), identifying at least another zone (e.g., a second delivery location) of redemption (e.g., redeeming physical gold bar), and converting (e.g., setting a different location) at least a portion of the account balance of at least one commodity to an account balance (e.g., a current amount balance) for the another zone (e.g., a different location) of redemption (e.g., redeeming physical gold bar). |

The accused instrumentality also allows user to redeem gold in another delivery location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location.

As shown below, a delivery location (or redemption zone) is selected by the user for redeeming the physical gold corresponding to the user's account balance. The accused instrumentality also allows user to redeem gold in another delivery location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location.

## The 21st Century way to own and use gold as money

Glint has developed unique, proprietary payment system technology to allow gold to be acquired, shared, sold and spent as easily as any currency.

 **Buying and saving gold**

- Buy, sell and spend gold at the wholesale market rate.
- Buy Gold in any amount.
- Gold is stored in a Brinks vault in Zurich, insured by Lloyds of London.
- Direct legal ownership of the gold.
- Monthly gold buy.
- Charts, prices and news.

 **Regulated**

Operates to rules in each region.

- Regulated by UK's FCA.
- Regulatory framework in the US.[1]
- Europe license pending.

Registration through the Glint App. Approval after KYC & AML checks.

**Multiple Currencies**

- Multi-currency wallets: USD, GBP and EUR.
- Foreign Exchange rates 5-6x cheaper than banks.[2]



https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



**Vaulted with Electronic Access**

- Gold as Money: Manage and spend your gold anytime, anywhere in any amount using an App and debit card.
- Allocated (physical ownership),
- Secure Storage,
- Low transaction fees/no premium,
- Instant Liquidity: Easily convert gold to fiat currency
- High privacy and anonymity,
- Physical delivery /redemption.
- Minimal counterparty risk (free from creditors).

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf

# Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated

Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem.

https://help.glintpay.com/hc/en-us/articles/13392536146065-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold

# Save

Holding gold is a great hedge against inflation and offers stability during stock market volatility and global conflicts. Your gold balance is secured by physical gold held in Brink's Vault in Switzerland, insured by Lloyds of London.

https://glintpay.com/us



https://glintpay.com/us



**Local gold**
Wherever possible
use locally sourced
gold.



**Vault**
Secure vault situated and
operated in Utah.
e.g. Brinks SLC



**Local Bank**
Card issuer and FDIC
insured bank accounts at
local bank.

https://treasurer.utah.gov/wp-content/uploads/06-26-2024-Presentations-for-Precious-Metals-Workgroup.pdf



https://www.instagram.com/reel/DUtKnaADIkg



An exchange-traded fund (ETF) – a type of investment fund – doesn't allow you to own the gold directly either.

At Glint, we're different.

Your gold is physical gold bullion, that is legally allocated to you and stored in a Brinks vault in Switzerland. You have constructive possession of your Gold under law.

For every ounce of gold held in your account there is an ounce of physical gold owned by you in the vault. There is no token, fund or bank that sits between you and the ownership of your gold.

https://glintpay.com/us/gold



https://www.youtube.com/watch?v=npoL-U2rdgg



**GLINT EXPLAINED: Your 10 Biggest Questions on Gold as Money in 2025 |**
https://www.youtube.com/watch?v=npoL-U2rdgg



https://www.youtube.com/watch?v=npoL-U2rdgg

| permitting, by the computer-based system, access to the account for repeating the step of transacting. | The accused instrumentality practices permitting, by the computer-based system (e.g., a server of the accused instrumentality), access to the account (e.g., a user's account) for repeating the step of transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows users to repeat transactions such as purchasing, redemption, etc. based on meeting the minimum requirements.<br><br><br>https://help.glintpay.com/hc/en-us/articles/15056884435985-How-many-repeat-Gold-Buys-can-I-set-up |



https://help.glintpay.com/hc/en-us/articles/15059197746193-How-will-the-repeat-gold-buy-look-in-my-Glint-statement



https://www.youtube.com/watch?v=XSGAVx7oG3Y

## Gold Redemption – Can I redeem my Glint gold account for physical gold?

3 months ago · Updated                                              Follow

Clients have asked us if they are able to redeem their gold with Glint and receive actual physical bullion.

All physical gold is legally owned by the client; therefore, clients can redeem their gold, but we should point out that it is not the most efficient and cost-effective way to buy gold for physical delivery.

Glint's vaults only contains 1kg and 12kg bars, so any redemption requests smaller than this will involve a refinery and or a third party which comes at a cost.

We specialize in the spending of gold on your Glint Card using live market rates.

If, however, you still wish to redeem your gold with Glint rather than use it as money, please note the minimum is currently 10g. Please email our gold redemption team at goldredemption@glintpay.com.

Please email from your registered Glint email address and confirm the amount you wish to redeem.

https://help.glintpay.com/hc/en-us/articles/13392536146065-Gold-Redemption-Can-I-redeem-my-Glint-gold-account-for-physical-gold